UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DAVID B. MERRITT, M.D., | ) Civil Action No.: 10-cv-840 |
| Plaintiff, | ) |
| vs. | ) |
| BLACK RIVER MEMORIAL HOSPITAL, INC., | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF ADDRESS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that the address for the Law Offices of George C. Aucoin, APLC, attorney for Plaintiff, has changed effective immediately. The new address is:

**Law Offices of George C. Aucoin, APLC**
**547 Labarre Street**
**Mandeville, Louisiana 70448**

All other contact information remains the same.

Please forward all future correspondence and documents to the new address.

Dated: January 19, 2011

Respectfully Submitted,

/s/George C. Aucoin

**GEORGE C. AUCOIN**
Louisiana Bar No. 24747
Law Offices of George C. Aucoin, APLC
547 Labarre St.
Mandeville, LA 70448
Telephone: (985) 727-2263
Facsimile: (985) 951-7490
E-mail: aucoingc@att.net
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing was electronically filed in the CM/ECF System, which will automatically send notice to all counsel of record, this 19th day of January, 2011.

/s/George C. Aucoin
GEORGE C. AUCOIN