UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

DAVID B. MERRITT, M.D.,
 Plaintiff,
v.

BLACK RIVER MEMORIAL HOSPITAL, INC.,  Case No. 10-cv-00840-wmc
 Defendant.

### RULE 26(F) JOINT WRITTEN REPORT AND DISCOVERY PLAN

Pursuant to FRCP 26(f), counsel for all parties to this action conferred on March 14, 2011, and again on April 1, 2011. The parties now submit this Fed. R. Civ. 26(f) Joint Report and Discovery Plan.

### FED. R. CIV. P. 26(f) REPORT

**Nature of the Case**

This is an action brought by plaintiff under 38 U.S.C. §4301 *et seq*., otherwise known as the Uniform Services Employment and Reemployment Rights Act ("USERRA"), alleging, among other things, that he was discharged without cause from his employment in violation of Act.

**Motions Which Are Contemplated**

Plaintiff anticipates filing a motion to join additional named defendant(s). The parties anticipate filing dispositive motions.

**Discovery and Approximate Time for Completion**

To date, the parties have not engaged in discovery. Parties anticipate there will be written discovery and possibly deposition discovery that will require approximately nine months to complete. The parties do not anticipate changing any of the limits set forth in the rules. The parties agree they will work cooperatively with each other before seeking modification to such limits.

**Initial Disclosures and Potential Changes**

The parties propose no changes to the substance or timing of Rule 26(a) disclosures.

**Electronically Stored Information**

The parties have conferred and cannot agree on a format for the production of electronically stored information. The parties will seek the Court's guidance on this issue, if necessary.

**Other Matters that Affect Further Scheduling for Final Disposition**

Plaintiff prefers simultaneous disclosure of expert witnesses, followed by a thirty day disclosure of rebuttal witnesses. Defendant prefers a staggered disclosure of expert witnesses, with plaintiff naming experts first, then defendant, and then rebuttal expert witnesses.

**Whether Settlement Discussions Have Occurred**

The parties agree it would be worthwhile to attempt some form of ADR.

**Basis for the Court's Subject Matter Jurisdiction**.

Plaintiff alleges subject matter jurisdiction based upon federal question jurisdiction, specifically 38 U.S.C. §§ 4323(b)(3) and 4323(i).

## DISCOVERY PLAN

The schedule set forth below anticipates a trial date of approximately April 2012. Both parties anticipate the need for expert witnesses.

| EVENT | DEADLINE |
| --- | --- |
| Motion to Amend/Add Parties | May 20, 2011 |
| Disclosure of Witnesses | To be determined |
|  |  |
| Discovery Cutoff | December 15, 2011 |
| Dispositive Motions | Filed by January 15, 2011 |
| Pretrial Report | 30 days before trial. |
| Trial (5 Days) | To be determined. |

|  |  |
|---|---|
|  | PETERSON, JOHNSON & MURRAY, S.C.<br>Attorneys for Defendant Black River Memorial Hospital |
| Date:  April 1, 2011. | s/Maria DelPizzo Sanders |

**Maria DelPizzo Sanders**
State Bar No. 1031037
E-mail: msanders@pjmlaw.com
**Clayton L. Riddle**
State Bar No. 1023267
E-mail: criddle@pjmlaw.com
733 North Van Buren Street, 6th Fl.
Milwaukee, WI  53202
Telephone:  (414) 278-8800

|  |  |
|---|---|
|  | LAW OFFICES OF GEORGE C. AUCOIN, APLC<br>Attorneys for Plaintiff David B. Merritt, M.D. |
| Date:  April 1, 2011. | s/George C. Aucoin |

**George C. Aucoin**
Louisiana Bar No. 24747
E-mail: aucoingc@att.net
547 Labarre Street
Mandeville, LA 70448
Telephone: (985) 727-2263