

A Limited Liability Partnership

Charles H. Barr
Frederick R. Croen
Mariya Basin

Attorneys At Law

250 East Wisconsin Avenue
Suite 1550
Milwaukee, Wisconsin 53202
Telephone 414 226 2080
FAX 414 226 2070
Email info@croenbarr.com

April 13, 2011

Clerk of Court US District Court,
Western District of Wisconsin
120 North Henry Street, Room 320
P. O. Box 432
Madison, WI 53701-0432

RE:   Merritt v. Black River Memorial Hospital, Inc., No. 10-cv-00840-wmc (U.S. District Court, W.D. Wis.)

Dear Sir or Madam:

Please accept this letter as my formal request to remove cbarr@croenbarr.com from the e-mail notification list in the above-referenced matter. I am no longer involved in the matter and no longer wish to receive any updates electronically.

If you have any questions, please contact me. Thank you for your attention to this matter.

Very truly yours,

Charles H. Barr