IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WISCONSIN

DAVID B. MERRITT, M.D.,

          Plaintiff,

    v.

BLACK RIVER MEMORIAL HOSPITAL,
INC.,

          Defendant.

Civ No. 10-cv-840

---

## MOTION FOR SUMMARY JUDGMENT

---

COMES NOW Plaintiff David B. Merritt, M.D., by and through his attorneys and hereby

moves for summary judgment adjudication of his 38 U.S.C. § 4316 and § 4311 claims, pursuant

to Rule 56 of the Federal Rules of Civil Procedure.

///

///

MOTION FOR SUMMARY JUDGMENT - 1

Plaintiff David B. Merritt, M.D.'s Motion is based on the Memorandum of Authorities in support thereof, the Declaration of Dr. Merritt, and the proposed Statement of Facts.

DATED this 31st day of October, 2011.

Respectfully Submitted,

/s/George C. Aucoin
George C. Aucoin
Louisiana Bar No. 24747
Law Offices of George C. Aucoin, APLC
547 Labarre St.
Mandeville, LA 70448
Telephone: (985) 727-2263
Facsimile:   (985) 951-7490
E-mail:  aucoingc@att.net

Thomas G. Jarrard
Law Office of Thomas G. Jarrard
1020 North Washington Street
Spokane, WA 99201
Phone: (425) 239 7290
Fax: (509) 326 2932
tjarrard@att.net

**Attorneys for Plaintiff**

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on October 31, 2011, the foregoing **MOTION FOR SUMMARY JUDGMENT** has been electronically filed with the Clerk of Court's office using the CM/ECF system, which will send notice to all counsel of record via electronic means, as set forth below.

*/s/George C. Aucoin*
GEORGE C. AUCOIN

**Clayton Riddle**
Peterson, Johnson & Murray, S.C.
733 North Van Buren St., 6th Floor
Milwaukee, WI 53202
criddle@pjmlaw.com