Meeting with Dr. Meritt, April 29, 2007

Reviewed Harassment Policy
Reviewed Productive work environment policy
Reviewed behavior of employees policy

Explained all policies were located on the intranet and also provided him with a paper copy of each policy.

Went through each question on the Provide Harassment training questionnaire and had him answer and had some discussion surrounding some.

Explained to him that some of his comments were inappropriate and that he needed to think before he spoke, consider his audience, be aware of patients that may over hear and employee perception.

Asked him about board certification and he said he passed his boards before he went to Iraq, approximately July. He would e-mail me the document.

Received the document noted above.


Holly Fredrickson, PHR
Director, Human Resources

