## Mary Beth White-Jacobs

**From:** David B. Merritt
**Sent:** Monday, December 14, 2009 04:06 PM
**To:** Carol Martin; Kaare Tingelstad; Mike Walton; Michael Staudinger; Carl Lash
**Cc:** Mary Beth White-Jacobs; Stan Gaynor
**Subject:** another "our system doesn't work horror story

I realize that people maybe tired of hearing from me about how our system isn't working, but here is another example of how our system is failing our patients. I admitted a pt at the beginning of my shift with exacerbation of her COPD/CHF/pneumonia. She was awake and alert, but tired when she went up to the floor. I had another critical pt in the emergency room at the time she was admitted, so calls were diverted to her primary care physician. Once my critical pt was transferred out, I went to the floor to assist the pt I had admitted earlier, even though there were still 3 pts in the er. Because of the pts declining status, she was intubated, and transferred out via helicopter. Because the pt was placed on a ventilator, I was unable to leave the floor to tend to the pts in the ER. Just thought you should know. dave

